IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO.: CR205-30 |
| v. ) | |
| ANDREW DWIGHT EVANS ) | |

### ORDER

Upon oral motion of the United States, it is hereby **ORDERED** that the Indictment in the captioned case together with any accompanying documentation is <u>unsealed</u> effective July 18, 2005.

**SO ORDERED**, this 19th day of July, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)